892 A.2d 681

IN THE MATTER OF THOMAS D. WILLIAMSON, AN ATTORNEY AT LAW (ATTORNEY NO. 017911976).

March 15, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–269, concluding that **THOMAS D. WILLIAMSON** of **PLAINFIELD,** who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **THOMAS D. WILLIAMSON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.